STATE OF MICHIGAN

PO BOX 30199

LANSING, MI. 48091


WEBER & OLCESE

PO BOX 3006

BIRMINGHAM, MI. 48012


MIDLAND CREDIT

PO BOX 939069

SAN DIEGO, CA. 92183


JEFFERSON CAPITAL

16 MCLELAND RD

SAINT CLOUS, MN. 56303


ICS

230 SECOND AVE

WALTHAM, MA. 02451


DTE ENERGY

1 ENERGY PLAZA WCB 2106

DETROIT, MI. 48228

1

Verizon Wireless

1095 Avenue of the americas

New York, NY. 10036


Consumer Energy

3201 E Court st

Flint, MI. 48506


Jefferson Capital

601 Abbot rd

East Lansing, Mi. 48823


Strategic Resource

30680 Montpelier

Madison Hts. Mi. 48071


Credit Acceptance

25505 W !2mile rd

Southfield, MI. 48034


IC System

444 Highway 96 E

Saint Paul, MN. 55127


At&T

2

208 S. akardSt

Dallas, TX. 75202

Michigan First Credit Union

27000 Evergreen rd

Lathrup Village, Mi. 48076

3